UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| THE INSURANCE SHOPPE OF NORTH CAROLINA, INC.<br>　　　　Plaintiff,<br><br>v.<br><br>WEST AMERICAN INSURANCE COMPANY<br>　　　　Defendant. | **JUDGMENT**<br>No. 5:19-CV-256-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross motions for summary judgment.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 30, 2022, and for the reasons set forth more specifically therein, it is ordered that defendant's motion for summary judgment is GRANTED and plaintiff's motion for summary judgment is DENIED.

**This judgment Filed and Entered on March 30, 2022, and Copies To:**
Geoffrey B. Fehling / Syed S. Ahmad / Kathleen E. Perkins (via CM/ECF Notice of Electronic Filing)
L. Andrew Watson / Theodore Nicholas Goanos (via CM/ECF Notice of Electronic Filing)

March 30, 2022　　　　　　　　　PETER A. MOORE, JR., CLERK

　　　　　　　　　　　　　　　　　 /s/ Sandra K. Collins
　　　　　　　　　　　　　　　　(By) Sandra K. Collins, Deputy Clerk